# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LAGUARDIA USA, LLC (OTG MANAGEMENT) at LAGUARDIA INTERNATIONAL AIRPORT,

                Petitioner,                20 **CIVIL** 9163 (AKH)

      -against-                        **JUDGMENT**

UNITE HERE LOCAL 100,

                Respondent

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2021, the petition to vacate the Arbitration Award and Respondent's request for attorney's fees and costs are both denied.; accordingly, the case is closed**.**

**Dated**: New York, New York
       March 8, 2021

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**
                    **BY:** _____
                              **Deputy Clerk**